UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 4418**

THE COLLEGE OF MOUNT SAINT VINCENT and CHARLES L. FLYNN, Jr., Ph.D

Plaintiff,

-v-

ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4

Defendant.

Case No._____

**Rule 7.1 Statement**


RECEIVED MAY 12 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

THE COLLEGE OF MOUNT SAINT VINCENT     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE/ NON-APPLICABLE.

Date: 5/12/08

Signature of Attorney

Attorney Bar Code: FG-8035

Form Rule7_1.pdf  SDNY Web 10/2007