OAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   District of   New York

THE COLLEGE OF MOUNT
SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,
                    *Plaintiffs*

V.

ADELE GATENS, KELLY MEADE,
CHRISTINA TRINIDAD-ENAYE,
ESPERANZA BORRERO-LARGE,
and DOES 1 through 4,
                    *Defendants.*

**APPEARANCE**

CASE NUMBER: 08 Civ 4418 (RJH)(RLE)

TO:    The Clerk of this court and all parties of record:

**Enter my appearance** as counsel in this case for Plaintiffs:

THE COLLEGE OF MOUNT SAINT VINCENT and

CHARLES L. FLYNN, JR. Ph.D

Dated:  May 14, 2008

s/ Frances M. Green
Frances M. Green (FG-8035)
Epstein Becker Green P.C.
250 Park Avenue
New York, New York 10177
Tel. (212) 351-4500
Fax (212) 661-0989
fgreen@ebglaw.com