UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D,

                         Plaintiffs,    :    08 Civ. 4418 (RJH)(RLE)

        - against -               :    **ORDER**

ADELE GATENS, KELLY MEADE, CHRISTINA   :
TRINIDAD-ENAYE, ESPERANZA BORRERO-
LARGE and DOES 1 through 4,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

On May 16, 2008, Plaintiffs moved by order to show cause for a preliminary

injunction and temporary restraining order, *inter alia*, enjoining defendant Adele Gatens

from destroying, copying, or disclosing computer data and files in her possession and

belonging to plaintiff The College of Mount Saint Vincent (the "College"). On May 19,

2008, a telephone conference was held at which Plaintiffs and Ms. Gatens were

represented by counsel.

Counsel for Ms. Gatens is directed to submit an affirmation to the Court

representing that her client will not copy or disseminate any College-related files or data

in her possession. Counsel for Plaintiffs and Ms. Gatens are to meet and confer regarding

(1) the selection of an independent third-party to examine Ms. Gatens' personal computer

and identify College-related files and data; and (2) arrangements for the disposal and/or

return of these files and data.

SO ORDERED.

Dated: New York, New York
     May 20, 2008

                                        Richard J. Holwell
                                  United States District Judge