OAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>Southern</u>   District of   <u>New York</u>

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT and CHARLES L. FLYNN, JR., Ph.D,<br>*Plaintiffs*<br>V.<br><br>ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4,<br>*Defendants.* | **APPEARANCE**<br><br>CASE NUMBER: 08 Civ 4418 (RJH)(RLE) |

TO:   The Clerk of this court and all parties of record:

**Enter my appearance** as counsel in this case for Plaintiffs:

THE COLLEGE OF MOUNT SAINT VINCENT and

CHARLES L. FLYNN, JR. Ph.D

Dated:  May 14, 2008

                                                <u>s/ Frances M. Green</u>
                                                Frances M. Green (FG-8035)
                                                Epstein Becker Green P.C.
                                                250 Park Avenue
                                                New York, New York 10177
                                                Tel. (212) 351-4500
                                                Fax (212) 661-0989
                                                fgreen@ebglaw.com