Brian G. Cesaratto
bcesaratto@ebglaw.com
Epstein Becker Green P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D, :
:
Plaintiffs, : Case No. 08 Civ 4418 (RJH)(RLE)
:
- against - : **CERTIFICATION OF SERVICE**
:
ADELE GATENS, KELLY MEADE, CHRISTINA :
TRINIDAD-ENAYE, ESPERANZA BORRERO- :
LARGE, and DOES 1 through 4, :
:
Defendants. :
-----------------------------------------------------------x

The undersigned hereby certifies that I am a member of the Bar of this Court. On May 13, 2008, pursuant to an agreement with counsel below I caused the Summons in a Civil Case, Complaint, Individual Rules and Practices of the Honorable Richard J. Holwell and Magistrate Judge Ronald L. Ellis to be served by hand upon:

> Judith P. Broach, Esq.
> Broach & Stulberg, LLP
> One Penn Plaza, Suite 2016
> New York, New York 10019
> Counsel for Defendant Adele Gatens

Dated: New York, New York
May 27, 2008

_Brian G. Cesaratto_ (signature)
Brian G. Cesaratto

NY:2633645v1

ORIGINAL

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

THE COLLEGE OF MOUNT
SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,
         *Plaintiffs*
V.

ADELE GATENS, KELLY MEADE,
CHRISTINA TRINIDAD-ENAYE,
ESPERANZA BORRERO-LARGE,
and DOES 1 through 4,
         *Defendants.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4418

JUDGE HOLWELL

TO:   Adele Gatens
        1154 Thornton Avenue
        Plainfield, New Jersey 07060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

Frances M. Green
Brian G. Cesaratto
Epstein Becker Green P.C.
250 Park Avenue
New York, New York 10177

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

_____
CLERK

*[signature: Marcos Quintero]*
(By) DEPUTY CLERK

MAY 1 2 2008
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>May 13, 2008 |
| NAME OF SERVER (PRINT)<br>Idrissa Haidara | TITLE<br>process server / Deluxe Messenger Service |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Judith P. Broach, Esq. *
Broach & Stulberg, LLP
1 Penn Plaza, Suite 2016, NY, NY 10019

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

* Pursuant to agreement between counsel Ms. Broach was authorized to accept service on behalf of her client Adele Gatens

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/21/08
           Date

Signature of Server

BRONX, NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.