Brian G. Cesaratto
bcesaratto@ebglaw.com
Epstein Becker Green P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D, :
:
Plaintiffs, : Case No. 08 Civ 4418 (RJH)(RLE)
:
- against - : **CERTIFICATION OF SERVICE**
:
ADELE GATENS, KELLY MEADE, CHRISTINA :
TRINIDAD-ENAYE, ESPERANZA BORRERO- :
LARGE, and DOES 1 through 4, :
:
Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned hereby certifies that I am a member of the Bar of this Court. On May 13, 2008, I caused the First Amended Complaint to be served by hand upon:

Judith P. Broach, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, New York 10019
Counsel for Defendant Adele Gatens

Dated: New York, New York
May 27, 2008

_____
Brian G. Cesaratto

NY:2633685v1