

# BROACH & STULBERG, LLP
ATTORNEYS AT LAW

JUDITH P. BROACH*
TELEPHONE EXTENSION 14
jbroach@brostul.com

* NY, CA BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010
www.brostul.com

May 20, 2008

**VIA FACSIMILE**

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08



RECEIVED
MAY 20 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:  The College of Mount St. Vincent, et al. -v- Adele Gatens, et al.
     Index No. 08 Civ 4418(RJH)

Dear Judge Holwell:

We are the attorneys for defendant Adele Gatens in the above-referenced action. We are writing, at the direction of the Court, to make the following representation on behalf of our client. Ms. Gatens has represented to us and we, therefore represent to the Court, that since the termination of her employment with the College of Mount St. Vincent, Ms. Gatens has not disseminated and will not disseminate or copy any document, including documents in electronic form, which are the property of the College of Mount St. Vincent.

The Court's considerations are appreciated.

SO ORDERED
[signature]
USDJ
5/30/08

Respectfully submitted,

BROACH & STULBERG, LLP

By: _____
    Judith P. Broach (4041)

JPB/ps
cc:  Brian G. Cesaratto, Esq. (via facsimile)