# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 4418

Date Filed: 5/12/2008

Plaintiff:

**The College of Mount Saint Vincent and Charles L. Flynn, Jr. Ph.D**

vs.

Defendant:

**Adele Gatens, Et Al**

Received these papers to be served on **Esperanza Borrero-Large, 224 Union Avenue, Peekskill, NY 10566**.

I, Shirley Beyer, being duly sworn, depose and say that on the **24th day of May, 2008** at **12:34 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons IN A Civil Action, First Amended Complaint, Complaint, Magistrate Judge Ronald L. Ellis Rules and Judge Richard J. Holwell Rules** with **Norma Borrero, Mother** at **224 Union Avenue, Peekskill, NY 10566**, the said premises were verified by said individual as being the defendant's place of **Residence.**. Deponent completed service by mailing a true copy of the said documents in a postpaid envelope addressed to **224 Union Avenue, Peekskill, NY 10566** and bearing the words "Personal & Confidential" by First Class Mail on **5/28/2008** and placed in an official depository of the U.S.P.S. in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**Military Status:** Based upon inquiry at given address, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: Black, Height: 5'7", Weight: 160, Hair: Black, Glasses: Y

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 28th day of May, 2008

NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept 29,

**Shirley Beyer**
Process Server

Our Job Serial Number: 2008004350
Ref: 72174-002
Service Fee: _____

ORIGINAL

OAO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

THE COLLEGE OF MOUNT
SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,
        *Plaintiffs*

V.

ADELE GATENS, KELLY MEADE,
CHRISTINA TRINIDAD-ENAYE,
ESPERANZA BORRERO-LARGE,
and DOES 1 through 4,
        *Defendants.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4418

JUDGE HOLWELL

TO:  Esperanza Borrero-Large
224 Union Avenue
Peekskill, New York 10566

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

Frances M. Green
Brian G. Cesaratto
Epstein Becker Green P.C.
250 Park Avenue
New York, New York 10177

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

*[signature]*

(By) DEPUTY CLERK

MAY 1 2 2008
DATE