Brian G. Cesaratto  (BC-5464)
bcesaratto@ebglaw.com
Frances M. Green (FG-8035)
fgreen@ebglaw.com
Brian M. Molinari  (BM-7836)
bmolinari@ebglaw.com
Epstein Becker Green P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT and CHARLES L. FLYNN, JR., Ph.D, | : : : |
| Plaintiffs, | : Case No. 08 Civ 4418 (RJH)(RLE) : |
| - against - | : ECF Filed : |
| ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4, | : **JURY DEMAND** : : |
| Defendants. | : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNSELORS AND PRO SE PARTIES:

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 38(b), the Plaintiffs hereby demand a trial by jury on all issues raised in their First Amended Complaint.

Dated: New York, New York      EPSTEIN BECKER & GREEN, P.C.
      June 4, 2008

          By:    /s/Brian G. Cesaratto
             Brian G. Cesaratto (BC-5464)
             Frances M. Green (FG-8035)
             Brian M. Molinari (BM-7836)
        250 Park Avenue
        New York, New York  10177-1211
        (212) 351-4500
        Attorneys for Plaintiffs

NY:2656314v1

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that I am a member of the Bar of this Court. This is to certify that on this 4th day of June, 2008 a copy of the Plaintiffs' Jury Demand were filed and served in accordance with the Federal Rules of Civil Procedure and the Southern District's Electronic Case Filing (ECF) System, and also sent via e-mail and first class mail to:

Judith P. Broach, Esq.
Broach & Stulberg, LLP
One Penn Plaza
Suite 2016
New York, New York 10119
jbroach@brostul.com

Kelly Meade
103 Elm Street
Quincy, MA 02169
Kdcm227@yahoo.com

Esperanza Borrero-Large
224 Union Avenue
Peekskill, New York 10566
e.borrerolarge@hotmail.com

Christina Trinidad-Enaye
514 Larchmont Acres, A
Larchmont, NY 20538
Toysrme124@aol.com

                                                           /s/ Brian G. Cesaratto
                                                           Brian G. Cesaratto