# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 4418                                              Date Filed: 5/12/2008

Plaintiff:
**The College of Mount Saint Vincent and Charles L. Flynn, Jr. Ph.D**
vs.
Defendant:
**Adele Gatens, Et Al**

Received these papers to be served on **Christina Trinidad-Enaye, 514 Larchmont Acres, A, Larchmont, NY 12538**.

I, John Lepore, being duly sworn, depose and say that on the **30th day of May, 2008** at **10:45 am**, I:

**AFFIXED** a true copy of the **Summons IN A Civil Action, First Amended Complaint, Complaint, Magistrate Judge Ronald L. Ellis Rules and Judge Richard J. Holwell Rules** to the door at the address of **514 Larchmont Acres, A, Larchmont, NY 12538**, the same being the defendant/respondent's place of **Residence.** within the State. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there.  Attempts were made at **5/27/2008** at **6:30 pm** and a second attempt of service on **5/28/2008** at **7:00 am**. Address was confirmed by **Mrs. Nelson, neighbor.**.

Deponent completed service by mailing a true copy of the said documents in a postpaid envelope to the address of **514 Larchmont Acres, A, Larchmont, NY 12538** bearing the words "Personal & Confidential" by First Class Mail on **5/30/2008** and placed in an official depository of the U.S.P.S. in the State of New York.  The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**Military Status:** Based upon inquiry at given address, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

State of New York, County of Westchester, ss: I certify that the above information is accurate and true.  I am not a party to the action, am over the age of 18 and reside in the State of New York.

_____
John Lepore
Process Server

Sworn to before me on the 2nd day of June, 2008

_____
NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29,

Our Job Serial Number: 2008004349
Ref: 72174-002
Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

OAO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of New York

THE COLLEGE OF MOUNT
SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,
         *Plaintiffs*

V.

ADELE GATENS, KELLY MEADE,
CHRISTINA TRINIDAD-ENAYE,
ESPERANZA BORRERO-LARGE,
and DOES 1 through 4,
         *Defendants.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4418

JUDGE HOLWELL

TO: Christina Trinidad-Enaye
514 Larchmont Acres, A
Larchmont, NY 20538

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

Frances M. Green
Brian G. Cesaratto
Epstein Becker Green P.C.
250 Park Avenue
New York, New York 10177

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Marcos Quintero*

(By) DEPUTY CLERK

MAY 12 2008

DATE