# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 4418					Date Filed: 5/12/2008

Plaintiff:
**The College of Mount Saint Vincent and Charles L. Flynn, Jr. Ph.D**
vs.
Defendant:
**Adele Gatens, Et Al**

Received these papers to be served on **Kelly Meade, 103 Elm Street, Quincy, MA 02169**. I, _JOHN RYMASZEWSKI_, being duly sworn, depose and say that on the _30_ day of _MAY_, 20_08_ at _8:A_.m., executed service by delivering a true copy of the **Summons IN A Civil Action, First Amended Complaint, Complaint, Magistrate Judge Ronald L. Ellis Rules and Judge Richard J. Holwell Rules** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____. Deponent completed service by mailing a true copy of the said documents in a postpaid envelope to the said address bearing the words "Personal & Confidential" by First Class Mail on ____ and placed in an official depository of the USPS in the State of ____. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

(X) POSTED SERVICE: After attempting service on _5/28_ at _4PM_ and on _5/30_ at _8AM_ to a conspicuous place on the property described herein. Deponent completed service by mailing a true copy of the said documents in a postpaid envelope to the said address bearing the words "Personal & Confidential" by First Class Mail on _5/30_ and placed in an official depository of the USPS in the State of _MA_. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Based upon inquiry of party served, I am convinced that defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

**COMMENTS:** _____

Age ____ Sex M F  Race _____  Height _____  Weight _____  Hair _____  Glasses Y N

**AFFIDAVIT OF SERVICE for 08 CIV 4418**

I certify that I am not a party in the above action, am over the age of 18, and have proper authority in the jurisdiction in which this service was made.

Sworn to before me on  5/30/08

NOTARY PUBLIC

*[Notary seal: DAVID AYLES, MY COMMISSION EXPIRES JANUARY 18, 2013, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]*

_John Rymarewski_
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

Our Job Serial Number: 2008004351

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

ORIGINAL

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

THE COLLEGE OF MOUNT
SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,
      *Plaintiffs*

V.

ADELE GATENS, KELLY MEADE,
CHRISTINA TRINIDAD-ENAYE,
ESPERANZA BORRERO-LARGE,
and DOES 1 through 4,
      *Defendants.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4418

JUDGE HOLWELL

TO: Kelly Meade
103 Elm Street
Quincy, MA 02169

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

Frances M. Green
Brian G. Cesaratto
Epstein Becker Green P.C.
250 Park Avenue
New York, New York 10177

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      MAY 1 2 2008

CLERK      DATE

*Marcos Quintero*

(By) DEPUTY CLERK