UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
THE COLLEGE OF MOUNT ST. VINCENT, et al.,                     :     08 Civ. 4418 (RJH)(RLE)
                                                              :
                        Plaintiffs,                           :
                                                              :
        -against-                                             :     ORDER OF REFERENCE
                                                              :     TO A MAGISTRATE JUDGE
ADELE GATENS, et al.,                                         :
                                                              :
                        Defendants.                           :
                                                              :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All such motions: ____ |

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
          June 10, 2008

_____
Richard J. Holwell
United States District Judge