IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT and CHARLES L. FLYNN, JR., Ph.D, <br><br> Plaintiffs, <br><br> v. <br><br> ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ANAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4, <br><br> Defendants. | Civil Case No. 08cv4418 <br><br> NOTICE OF APPEARANCE |

The undersigned hereby gives notice of her appearance as counsel of record for Defendant Esperanza Borrero-Large in the above-captioned matter.

Dated this 13th of June, 2008.

ALSTON & BIRD LLP

By: _____
Judith A. Amorosa (JA-4027)
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
judy.amorosa@alston.com
*Counsel for Defendant Esperanza Borrero-Large*