UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08
```

COLLEGE OF MOUNT ST. VINCENT, et al.,

       **Plaintiffs,**

- against -

ADELE GATENS, et al.,

       **Defendants.**

**ORDER**

08 Civ. 4418 (RJH) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

  **IT IS HEREBY ORDERED** that counsel for The College of Mount St. Vincent and counsel for Adele Gatens appear for a telephonic conference before the Court on **June 18, 2008,** at 4:00 p.m.

**SO ORDERED** this 16th day of June 2008
New York, New York

                   _____
                   The Honorable Ronald L. Ellis
                   United States Magistrate Judge