

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE COLLEGE OF MOUNT SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,

           Plaintiffs,

    - against -

ADELE GATENS, KELLY MEADE, CHRISTINA
TRINIDAD-ENAYE, ESPERANZA BORRERO-
LARGE, and DOES 1 through 4,

           Defendants.
------------------------------------------------------------x

**STIPULATION**

08 Civ. 4418 (RJH)(RLE)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Adele Gatens ("Gatens"), by their undersigned counsel, that the time for Gatens to move, answer, or otherwise plead with respect to the First Amended Complaint is hereby extended from June 12 to June 16, 2008, upon the condition that the forensic examination will take place not later than three (3) business days after Plaintiffs and Gatens reach an agreement on the outstanding issues regarding said examination.

Dated: June 11, 2008
       New York, NY

BROACH & STULBERG, LLP

By: _____
    Judith P. Broach, Esq.
One Penn Plaza, Suite 2016
New York, NY 10019
(212) 268-1000
*Attorneys for Defendant Gatens*

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Brian G. Cesaratto (BC-5464)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
*Attorneys for Plaintiffs*

SO ORDERED:

_____
Honorable Richard J. Holwell
United States District Judge
6/13/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

NY:2668335v1