*08cv 04418*

Judge Holwell
500 Pearl St.
New York, NY 10007
June 9, 2008

Esperanza Borrero-Large
224 Union Ave
Peekskill, NY 10566

Subject: Extension of time to file a response- Docket Number '08 CIV 4418

*RECEIVED JUN 10 ... CHAMBERS OF RICHARD J. HOLWELL*

Dear Judge Holwell,

I am requesting an extension of time to file a response to the complaint against me because I have yet to find an attorney to represent me in this matter. I have been actively looking for an attorney, but I have been having difficulty securing an attorney that I can afford. I expect that I will be able to find someone soon. Today, June 9, 2008 is the first time that I have requested an extension of time. I was served with the complaint on May 24, 2008. I have contacted the adversary to request a 30 day extension and they have consented to only a 21 day extension and I have until July 8, 2008 to respond. They explained that they thought 30 days was a long time and that 21 days should be enough time for me to find an attorney. They have emailed me to confirm this conversation. The email is attached for your review.

Thank you for your time and consideration in this matter.

Sincerely,

*[signature]*

Esperanza Borrero-Large

*Extension granted to July 8, 2008*

*So Ordered*

*[signature]*

USDJ
6/13/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

