LAW OFFICES
OF
# BRUCE H. WALSH
390 MANOR ROAD
STATEN ISLAND, NEW YORK 10314
TELEPHONE (718) 448-9003
FACSIMILE (718) 816-6137

NEW YORK AND NEW JERSEY

226 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090
(908) 322-8696

[RECEIVED JUN 13 2008 CHAMBERS OF RICHARD J. HOLWELL]

June 12, 2008

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

[USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08]

**Re: The College of Mount Saint Vincent and Charles L. Flynn, Jr., Ph.D
v. Adele Gatens, Kelly Meade, et. al.
Case No. 08 Civ. 4418 (RJH)(RLE)**

Dear Judge Holwell:

I was recently contacted by Kelly Meade, a named defendant in the above referenced matter. I will probably represent her, pro bono, at least for the purpose of answering the complaint. She is a resident of Massachusetts. I have also contacted the plaintiff's attorneys.

A copy of your Initial Scheduling Conference Notice and Order were sent to me by Ms. Meade. I note that an initial scheduling conference will be held on June 20, 2008.

On June 20, 2008 I will be on a vacation, traveling across the country by car and consequently unable to attend the conference. Coincidentally, Kelly Meade will also be on vacation out of the United States.

Since it has only been one week since I received copies of the complaint, etc. from Ms. Meade, and have barely been able to read the documents, and since Ms. Meade and I will not be able to attend the June 20, 2008 conference, I am respectfully requesting, on her behalf, an adjournment of that conference.

Very truly yours,

[signature] BRUCE H. WALSH

BHW:af

[Handwritten: Conference adjourned to 7/18/08 at 11:00 a.m. So Ordered. [signature] USDJ 6/17/08]

The College of Mount Saint Vincent, et al.
 v. Adele Gatens, et al.
June 12, 2008
page 2

---

cc: Ms. Kelly Meade
    103 Elm Street. Apt. 2
    Quincy, Massachusetts 02169

    Epstein Becker Green, P.C.
    250 Park Avenue
    New York, New York 10177
    Attn.: Brian G. Cesaratto, Esq.

    Broach & Stulberg, LLP
    One Penn Plaza, Suite 2016
    New York, New York 10119
    Attn.: Judith P. Broach, Esq.