**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

**COLLEGE OF MOUNT ST. VINCENT, et al.,**

                **Plaintiffs,**

        - against -

**ADELE GATENS, et al.,**

                **Defendants.**

**ORDER**

**08 Civ. 4418 (RJH) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

For good cause shown,

**IT IS HEREBY ORDERED** that Defendant Christina Trinidad-Enaye's time to answer

Plaintiff's Complaint is extended to July 14, 2008.

**SO ORDERED this 18th day of June 2008**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**