RECEIVED JUN 17 2008 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D, :
     :
               Plaintiffs, :
     :   08 CIV 4418 (RJH)
          - against - :
     :
ADELE GATENS, KELLY MEADE, CHRISTINA :   STIPULATION
TRINIDAD-ENAYE, ESPERANZA BORRERO- :
LARGE, and DOES 1 through 4, :
     :
               Defendants. :
     :
- - - - - - - - - - - - - - - - - - - x

IT HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Adele Gatens ("Gatens"), by their respective counsel, that the time for defendant Gatens to move, answer or otherwise plead with respect to the First Amended Complaint is extended from June 16, 2008 to June 19, 2008.

Dated:   June 16, 2008
         New York, New York

EPSTEIN BECKER GREEN, P.C.           BROACH & STULBERG, LLP
Attorneys for Plaintiffs             Attorneys for Defendant Adele
                                     Gatens


By: _____          By: _____
    Brian Cesaratto (BC5464)             Judith P. Broach (JB4041)
250 Park Avenue                      One Penn Plaza, Suite 2016
New York, New York  10177            New York, New York  10119
(212) 351-4500                       (212) 268-1000

SO ORDERED

_____
Honorable Richard J. Holwell
United States District Judge
6/26/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08