## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT AND CHARLES L. FLYNN, JR., Ph.D.,<br>                    Plaintiffs,<br><br>     vs.<br><br>ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 40<br>                    Defendants. | Civil Action No.   08-CV-4418 (RJH)(RLE)<br><br><br>NOTICE OF APPEARANCE |

To the Clerk of this court and all parties of record:

I enter my appearance as counsel in this case for

DEFENDANT CHRISTINA TRINIDAD-ENAYE

I certify that I am admitted to practice in this court.

June 25, 2008

                                        By:   S/_____
                                              DAVID L. COOK (DC-7980)
                                              CLIFFORD CHANCE US LLP
                                              31 W. 52nd Street
                                              New York, N.Y. 10019
                                              Tel: (212) 878-8074
                                              Fax: (212) 878-8375
                                              David.Cook@CliffordChance.com
                                              Attorneys For Defendant Christina Trinidad-Enaye

NYA896205.1