IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT AND CHARLES L. FLYNN, JR., Ph.D., <br>        Plaintiffs, <br><br> vs. <br><br> ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 40 <br>        Defendants. | Civil Action No.   08-CV-4418 (RJH)(RLE) <br><br><br> NOTICE OF APPEARANCE |

To the Clerk of this court and all parties of record:

I enter my appearance as counsel in this case for

DEFENDANT CHRISTINA TRINIDAD-ENAYE

I certify that I am admitted to practice in this court.

June 25, 2008

                By: S/_____
                   YASMINE LAHLOU (YL-4137)
                   CLIFFORD CHANCE US LLP
                   31 W. 52nd Street
                   New York, N.Y. 10019
                   Tel: (212) 878-8069
                   Fax: (212) 878-8375
                   Yasmine.Lahlou@cliffordchance.com
                   Attorney For Defendant Christina Trinidad-Enaye