USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

RECEIVED
JUN 27 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
THE COLLEGE OF MOUNT SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,

                Plaintiffs,

    - against -

ADELE GATENS, KELLY MEADE, CHRISTINA
TRINIDAD-ENAYE, ESPERANZA BORRERO-
LARGE, and DOES 1 through 4,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - x

08 CIV 4418
(RJH)(RLE)

STIPULATION

IT HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Adele Gatens ("Gatens"), by their respective counsel, that the time for defendant Gatens to move, answer or otherwise plead with respect to the First Amended Complaint is extended from June 26, 2008 to June 30, 2008.

Dated:    June 26, 2008
            New York, New York

EPSTEIN BECKER GREEN, P.C.    BROACH & STULBERG, LLP
Attorneys for Plaintiffs        Attorneys for Defendant Adele Gatens

By: _____    By: _____
    Brian Cesaratto (BC5464)        Judith P. Broach (JB4041)
250 Park Avenue                One Penn Plaza, Suite 2016
New York, New York 10177       New York, New York 10119
(212) 351-4500                 (212) 268-1000

SO ORDERED

_____
Honorable Richard J. Holwell
United States District Judge
6/30/08