UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D,            :
                                        :
                        Plaintiffs,     :
                                        :   08 CIV 4418
            - against -                 :   (RJH)(RLE)
                                        :
ADELE GATENS, KELLY MEADE, CHRISTINA    :   STIPULATION
TRINIDAD-ENAYE, ESPERANZA BORRERO-      :
LARGE, and DOES 1 through 4,            :
                                        :
                        Defendants.     :
                                        :
- - - - - - - - - - - - - - - - - - - - X

   IT HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Adele Gatens ("Gatens"), by their respective counsel, that the time for defendant Gatens to move, answer or otherwise plead with respect to the First Amended Complaint is extended from July 9, 2008 to July 16, 2008.

Dated:   July 9, 2008
         New York, New York

EPSTEIN BECKER GREEN, P.C.          BROACH & STULBERG, LLP
Attorneys for Plaintiffs            Attorneys for Defendant Adele
                                                Gatens

By: _____         By: _____
     Brian Cesaratto (BC5464)            Judith P. Broach (JB4041)
250 Park Avenue                     One Penn Plaza, Suite 2016
New York, New York  10177           New York, New York  10119
(212) 351-4500                      (212) 268-1000

SO ORDERED

_____
Honorable Richard J. Holwell
United States District Judge
7/11/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08