USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT AND CHARLES L. FLYNN, JR., Ph.D., <br> Plaintiffs, <br><br> vs. <br><br> ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4 <br> Defendants. | Civil Action No. 08-CV-4418 (RJH)(RLE) <br><br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for DEFENDANT CHRISTINA TRINIDAD-ENAYE to move, answer or otherwise respond to the complaint in this action is hereby extended from July 14, 2008 to July 25, 2008. Although defendant Trinidad-Enaye, in her pro se capacity, previously requested an extension of time, this is the first time Clifford Chance as counsel for defendant Trinidad-Enaye requests an extension on her behalf since being retained on June 20, 2008.

Dated:   New York, New York

   July 11, 2008

| FOR EPSTEIN, BECKER GREEN, PC | CLIFFORD CHANCE US LLP |
|---|---|
| By BRIAN G. CESARATTO (BC-5464) <br> 250 Park Avenue <br> New York, NY 10177 <br> Tel: (212)351-4500 <br> Fax: (212) 661-0989 <br> bcesaratto@ebglaw.com <br> Attorneys for Plaintiffs | By DAVID L. COOK (DC-7980) <br> 31 W. 52nd Street <br> New York, N.Y. 10019 <br> Tel: (212) 878-8074 <br> Fax: (212) 878-8375 <br> David.Cook@CliffordChance.com <br> Attorneys For Christina Trinidad-Enaye |

_____
U.S.D.J.  7/22/08

NYA898061.1