UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D, :
:
                     Plaintiffs, :
: 08 CIV 4418
    - against - : (RJH)(RLE)
:
ADELE GATENS, KELLY MEADE, CHRISTINA : STIPULATION
TRINIDAD-ENAYE, ESPERANZA BORRERO- :
LARGE, and DOES 1 through 4, :
:
                     Defendants. :
:
---------------------------------- x

    IT HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Adele Gatens ("Gatens"), by their respective counsel, that the time for defendant Gatens to move, answer or otherwise plead with respect to the First Amended Complaint is extended from July 16, 2008 to July 23, 2008.

Dated:    July 15, 2008
             New York, New York

EPSTEIN BECKER GREEN, P.C.    BROACH & STULBERG, LLP
Attorneys for Plaintiffs        Attorneys for Defendant Adele
                                        Gatens

By: _____    By: _____
    Brian Cesaratto (BC5464)        Judith P. Broach (JB4041)
250 Park Avenue                 One Penn Plaza, Suite 2016
New York, New York  10177       New York, New York  10119
(212) 351-4500                (212) 268-1000

SO ORDERED

_____
Honorable Richard J. Holwell
United States District Judge
                      7/22/08

[Received stamp: JUL 17 2008 — CHAMBERS OF RICHARD J. HOLWELL]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/23/08]