IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT and CHARLES L. FLYNN, JR., Ph.D, <br><br> Plaintiffs, <br><br> v. <br><br> ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ANAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4, <br><br> Defendants. | Civil Case No. 08cv4418 (RJH)(RLE) <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME** |

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendant Esperanza Borrero-Large to answer, move or otherwise respond to Plaintiff's First Amended Complaint in this matter shall be extended from July 18, 2008 to and including July 30, 2008.

Dated this 18th day of July, 2008.

ALSTON & BIRD, LLP

By: _____
Judith A. Ambrosa (JA 4027)
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
*Attorneys for Defendant
Esperanza Borrero-Large*

Respectfully submitted,

EPSTEIN BECKER GREEN, P.C.

By: _____
Brian G. Cesaratto (BC-5464)
250 Park Avenue
New York, New York 10177-1211
Tel: (212) 351-2500
Fax: (212) 661-0989
*Attorneys for Plaintiffs The College of Mount
Saint Vincent and Charles L. Flynn, JR Ph.D.*

SO ORDERED:

_____
Honorable
United States District Judge
7/23/08

RECEIVED JUL 21 2008 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08