USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE COLLEGE OF MOUNT SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,

                Plaintiffs,

    - against -

ADELE GATENS, KELLY MEADE, CHRISTINA
TRINIDAD-ENAYE, ESPERANZA BORRERO-
LARGE, and DOES 1 through 4,

                Defendants.
------------------------------------x

08 CIV 4418
(RJH)(RLE)

STIPULATION

IT HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Adele Gatens ("Gatens"), by their respective counsel, that the time for defendant Gatens to move, answer or otherwise plead with respect to the First Amended Complaint is extended from July 23, 2008 to July 28, 2008.

Dated:    July 23, 2008
            New York, New York

EPSTEIN BECKER GREEN, P.C.
Attorneys for Plaintiffs

By: _____
   Brian Molinari (BM7836)
250 Park Avenue
New York, New York 10177
(212) 351-4500

BROACH & STULBERG, LLP
Attorneys for Defendant Adele Gatens

By: _____
   Judith P. Broach (JB4041)
One Penn Plaza, Suite 2016
New York, New York 10119
(212) 268-1000

SO ORDERED

_____ 7-25-08
Honorable Ronald L. Ellis
United States Magistrate Judge