UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D,              :
                                          :
                    Plaintiffs,           :
                                          :   08 CIV 4418
          - against -                     :   (RJH)(RLE)
                                          :
ADELE GATENS, KELLY MEADE, CHRISTINA      :   **STIPULATION**
TRINIDAD-ENAYE, ESPERANZA BORRERO-        :
LARGE, and DOES 1 through 4,              :
                                          :
                    Defendants.           :
                                          :

- - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08

        IT HEREBY STIPULATED AND AGREED, by and between plaintiffs

and defendant Adele Gatens ("Gatens"), by their respective

counsel, that the time for defendant Gatens to move, answer or

otherwise plead with respect to the First Amended Complaint is

extended from July 28, 2008 to August 1, 2008.

Dated:    July 24, 2008
          New York, New York

EPSTEIN BECKER GREEN, P.C.          BROACH & STULBERG, LLP
Attorneys for Plaintiffs            Attorneys for Defendant Adele
                                       Gatens

By: _____        By: _____
      Brian Molinari (BM7836)             Judith P. Broach (JB4041)
250 Park Avenue                     One Penn Plaza, Suite 2016
New York, New York  10177           New York, New York  10119
(212) 351-4500                      (212) 268-1000

SO ORDERED

_____  7-28-08
Honorable Ronald L. Ellis
United States Magistrate Judge