RECEIVED JUL 28 2008 CHAMBERS OF RONALD L. ELLIS U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08

RECEIVED JUL 25 2008 CHAMBERS OF RICHARD J. HOLWELL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT AND CHARLES L. FLYNN, JR., Ph.D., Plaintiffs, <br><br> vs. <br><br> ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4 Defendants. | Civil Action No. 08-CV-4418 (RJH)(RLE) <br><br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for DEFENDANT CHRISTINA TRINIDAD-ENAYE to move, answer or otherwise respond to the complaint in this action is hereby extended from July 25, 2008 to August 8, 2008. This is the second time Clifford Chance as counsel for defendant Trinidad-Enaye requests an extension on her behalf.

Dated: New York, New York

July 24, 2008

FOR EPSTEIN, BECKER GREEN, PC

By BRIAN G. CESARATTO (BC-5464)
BRIAN MOLINARI (BM 7836)
250 Park Avenue
New York, NY 10177
Tel: (212)351-4500
Fax: (212) 661-0989
bcesaratto@ebglaw.com
Attorneys for Plaintiffs

CLIFFORD CHANCE US LLP

By DAVID L. COOK (DC-7980)
YASMINE LAHLOU (YL4137)
31 W. 52nd Street
New York, N.Y. 10019
Tel: (212) 878-8074
Fax: (212) 878-8375
David.Cook@CliffordChance.com
Attorneys For Christina Trinidad-Enaye

Ronald Ellis, 7-29-08
U.S.D.J.

NYA899393.1