USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-11-08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
AUG -7 2008
CHAMBERS OF
RICHARD J. HOLWELL

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT and CHARLES L. FLYNN, JR., Ph.D, <br><br>Plaintiffs, <br><br>v. <br><br>ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ANAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4, <br><br>Defendants. | Civil Case No. 08cv4418 (RJH)(RLE) <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendant Esperanza Borrero-Large to answer, move or otherwise respond to Plaintiff's First Amended Complaint in this matter shall be extended from August 6, 2008 to and including August 13, 2008.

Dated this 5th day of August, 2008.

Respectfully submitted,

ALSTON & BIRD, LLP

By: _____
Judith A. Amorosa (JA 4027)
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
*Attorneys for Defendant*
*Esperanza Borrero-Large*

EPSTEIN BECKER GREEN, P. C.

By: _____
Brian G. Cesaratto (BC-5464)
250 Park Avenue
New York, New York 10177-1211
Tel: (212) 351-2500
Fax: (212) 661-0989
*Attorneys for Plaintiffs The College of Mount*
*Saint Vincent and Charles L. Flynn, JR Ph.D.*

SO ORDERED:
_____ 8-11-08
Honorable Magistrate
United States ~~District~~ Judge



RECEIVED
AUG -8 2008
AUG -  2008
CHAMBERS OF
RONALD L. ELLIS
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.