

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT AND CHARLES L. FLYNN, JR., Ph.D., <br> Plaintiffs, <br><br> vs. <br><br> ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4, <br> Defendants. | Civil Action No. 08-CV-4418 (RJH)(RLE) <br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for DEFENDANT CHRISTINA TRINIDAD-ENAYE to move, answer, or otherwise respond to the complaint in this action is hereby extended from August 8, 2008 to August 15, 2008.

Dated:   New York, New York
         August 07, 2008

FOR EPSTEIN, BECKER GREEN, PC

_____
By BRIAN G. CESARATTO (BC-5464)
BRIAN MOLINARI (BM-7836)
250 Park Avenue
New York, N.Y. 10177
Tel: (212) 351-4500
Fax: (212) 661-0989
bcesaratto@ebglaw.com
Attorneys for Plaintiffs

CLIFFORD CHANCE US LLP

_____
By DAVID L. COOK (DC-7980)
YASMINE LAHLOU (YL-4137)
31 W. 52nd Street
New York, N.Y. 10019
Tel: (212) 878-8074
Fax: (212) 878-8375
David.Cook@CliffordChance.com
Attorneys For Christina Trinidad-Enaye

Ronald  8-11-08
_____
 U.S.D.J.

NYA900819