```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEGE OF MOUNT ST. VINCENT, et al.,

                              Plaintiffs,

                - against -

ADELE GATENS, et al.,

                              Defendants.

ORDER

08 Civ. 4418 (RJH) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

        **IT IS HEREBY ORDERED** that Adele Gatens and Judith Broach appear on **September 2, 2008, at 10:00 a.m.,** for a conference before the Court pursuant to Broach's request for permission to withdraw as counsel for Gatens.

**SO ORDERED this 13th day of August 2008**
New York, New York

_Ronald L. Ellis_
The Honorable Ronald L. Ellis
United States Magistrate Judge