UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

THE COLLEGE OF MOUNT SAINT VINCENT and
CHARLES L. FLYNN, JR., Ph.D,,

                                       Plaintiffs,

                    - against -

ADELE GATENS, KELLY MEADE, CHRISTINA
TRINIDAD-ENAYE, ESPERANZA BORRERO-
LARGE, and DOES 1 through 4,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

08 Civ 4418 (RJH)(RLE)

**NOTICE OF DISMISSAL
WITH PREJUDICE AS TO
DEFENDANT CHRISTINA
TRINIDAD-ENAYE**

Plaintiffs hereby dismiss with prejudice, pursuant to Fed. R. Civ. P. 41, Defendant Christina Trinidad-Enaye from the above-captioned action, having been amicably resolved as between Plaintiffs and Defendant Christina Trinidad-Enaye, with Plaintiffs and Defendant Christina Trinidad-Enaye to bear their own costs and attorneys' fees as between them.

Dated:  August 14, 2008

                                        EPSTEIN BECKER & GREEN, P.C.

By: _____

                                        Brian G. Cesaratto
                                        (BC 5464)
                                        250 Park Avenue
                                        New York, New York  10177-1211
                                        (212) 351-4500
                                        Attorneys for Plaintiffs