UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:
THE COLLEGE OF MOUNT SAINT VINCENT and :
CHARLES L. FLYNN, JR., Ph.D,, :  08 Civ 4418 (RJH)(RLE)
:
          Plaintiffs, : **NOTICE OF DISMISSAL**
: **WITH PREJUDICE AS TO**
- against - : **DEFENDANT ESPERANZA**
: **BORRERO-LARGE**
:
ADELE GATENS, KELLY MEADE, CHRISTINA :
TRINIDAD-ENAYE, ESPERANZA BORRERO- :
LARGE, and DOES 1 through 4, :
          Defendants. :
:
---------------------------------------- X

    Plaintiffs hereby dismiss with prejudice, pursuant to Fed. R. Civ. P. 41, Defendant Esperanza Borrero-Large from the above-captioned action, having been amicably resolved as between Plaintiffs and Defendant Esperanza Borrero-Large, with Plaintiffs and Defendant Esperanza Borrero-Large to bear their own costs and attorneys' fees as between them.

Dated: August 15, 2008

                                EPSTEIN BECKER & GREEN, P.C.

                 By:   *Brian G. Cesaratto*
                                Brian G. Cesaratto
                                (BC 5464)
                                250 Park Avenue
                                New York, New York 10177-1211
                                (212) 351-4500
                                Attorneys for Plaintiffs

- 8 -