USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE COLLEGE OF MOUNT SAINT VINCENT, et al.,:

                       Plaintiffs,

      - against -

ADELE GATENS, et al.,

                       Defendants.

ORDER

08 Civ. 4418 (RJH) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The above case, previously scheduled for a subsequent conference on Tuesday, September 2, 2008, at 10:00 a.m., is adjourned to Tuesday, September 9, 2008, at 10:00 a.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 29th day of August 2008
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge