UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| THE COLLEGE OF MOUNT SAINT VINCENT and CHARLES L. FLYNN, JR., Ph.D,, | 08 Civ 4418 (RJH)(RLE) |
| Plaintiffs, | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT <u>KELLY MEADE</u>** |
| - against - | |
| ADELE GATENS, KELLY MEADE, CHRISTINA TRINIDAD-ENAYE, ESPERANZA BORRERO-LARGE, and DOES 1 through 4, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Plaintiffs hereby dismiss with prejudice, pursuant to Fed. R. Civ. P. 41, Defendant Kelly Meade from the above-captioned action, having been amicably resolved as between Plaintiffs and Defendant Kelly Meade, with Plaintiffs and Defendant Kelly Meade to bear their own costs and attorneys' fees as between them.

Dated: September 3, 2008

EPSTEIN BECKER & GREEN, P.C.

By:  s/ Brian G. Cesaratto
Brian G. Cesaratto
(BC 5464)
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500
Attorneys for Plaintiffs

NY:2849776v1