UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE COLLEGE OF MOUNT SAINT
VINCENT and CHARLES L. FLYNN, JR., Ph.D.

        Plaintiffs,

        v.

ADELE GATENS, KELLY MEADE,
CHRISTINA TRINIDAD-ENAYE,
ESPERANZA BORRERO-LARGE, and
DOES 1 through 4,

        Defendants.
------------------------------------------------------------X

Case No. 08 Civ. 4418 (RJH)(RLE)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Adele Gatens in this matter.

Dated: New York, New York
       September 3, 2008

        Respectfully Submitted

        GISKAN SOLOTAROFF
        ANDERSON & STEWART LLP

        By: _____
        Darnley D. Stewart (DS-0835)

        11 Broadway, Suite 2150
        New York, NY 10004
        212-847-8315

        Attorneys for Adele Gatens

To:    Brian G. Cesaratto, Esq.
        Epstein Becker & Green, P.C.
        250 Park Avenue
        New York, New York 10177-1211